1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN L. GAULDEN** | Case No.  CIV-09-899 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from  December 22, 2009 to February 16, 2010.    This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule and the upcoming holidays.

/ / / /

/ / / /

/ / / /

1

Dated: December 22, 2009         */s/Bess M. Brewer*  
                                 BESS M. BREWER  
                                 Attorney at Law  

                                 Attorney for Plaintiff  


Dated: December 23, 2009         Lawrence G. Brown  

                                 United States Attorney  

                                 */s/ Shea Lita Bond by Elizabeth Firer*  
                                 SHEA LITA BOND  
                                 Special Assistant U.S. Attorney  
                                 Social Security Administration  

                                 Attorney for Defendant  


**ORDER**

APPROVED AND SO ORDERED.

DATED: January 4, 2010.

_____  
U.S. MAGISTRATE JUDGE

2