BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN L. GAULDEN** | Case No. CIV-09-899 KJM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 26, 2010, to April 14, 2010.  Plaintiff's counsel overestimated her ability to file this case by March 26, 2010, and requests an additional extension until April 14, 2010.

/ / / /

/ / / /

/ / / /

1
2
3  Dated: March 26, 2010                    */s/Bess M. Brewer*
                                            BESS M. BREWER
4                                           Attorney at Law

5                                           Attorney for Plaintiff

6

7
   Dated: March 26, 2010                    Benjamin G. Wagner
8
                                            United States Attorney
9
                                            */s/ Shea Lita Bond*
10                                          SHEA LITA BOND

11                                          Special Assistant U.S. Attorney
                                            Social Security Administration
12
                                            Attorney for Defendant
13

14
                          **ORDER**
15
APPROVED AND SO ORDERED.
16
DATED:  March 29, 2010.
17

18

19                              _____
                                U.S. MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2